LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-05561-BRO (SSx) | Date | August 13, 2014 |
|---|---|---|---|
| Title | Integrity Inspection Services LLC v. Hartford Casualty Insurance Company et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

**Proceedings:**     (IN CHAMBERS)

**ORDER RE DEFENDANT'S MOTION TO DISMISS**
**(filed 7/24/2014) [8]**

Defendant Hartford Casualty Insurance Company filed a Motion to Dismiss on July 24, 2014, which is set for hearing on August 25 2014. The Court has not received Plaintiff's Opposition to defendant's Motion to Dismiss. Plaintiff's opposition was due August 4, 2014. *See* C.D. Cal. L.R. 7-9.

Local Rule 7-9 requires Plaintiff to file an opposition at least twenty-one days prior to the August 25, 2014, hearing date. Accordingly, Plaintiff's opposition was due on August 4, 2014. To date, the Court has yet to receive any opposition from Plaintiff. Pursuant to Local 7- 12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of [a particular] motion."

Therefore, Plaintiff is ORDERED TO SHOW CAUSE why the motion to dismiss should not be granted for Plaintiff's failure to oppose. Plaintiff must respond to this order no later than noon on Friday, August 15, 2014, at noon.

Failure to file a response risks dismissal of the entire action.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | rf |